# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-00039-DDD-KLM

SAMANTHA MACK,

    Plaintiff,

v.

ROADSAFE TRAFFIC SYSTEMS, INC.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Samantha Mack and Defendant Roadsafe Traffic Systems, Inc. (jointly, the "Parties"), by and through their respective counsel, hereby give notice to the Court that they have reached a settlement in principle, which will dispose of this litigation in its entirety. The Parties are currently in the process of finalizing the settlement documents and anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 45 days, or no later than August 27, 2022.

Respectfully submitted this 13th day of July, 2022.

| HKM EMPLOYMENT ATTORNEYS, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *s/ Shelby S. Woods* | *s/ Steven R. Reid* |
| Claire E. Hunter | Michael H. Bell |
| Shelby S. Woods | Steven R. Reid |
| 730 17th Street, Suite 750 | 2000 South Colorado Boulevard |
| Denver, CO 80202 | Tower Three, Suite 900 |
| Telephone: (720) 668-8989 | Denver, CO 80222 |
| chunter@hkm.com | Telephone: (303) 764-6800 |
| swoods@hkm.com | mike.bell@ogletree.com |
| | steve.reid@ogletree.com |
| *Attorneys for Plaintiff Samantha Mack* | *Attorneys for Defendant Roadsafe Traffic Systems, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2022, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to counsel for Plaintiff, as follows:

Claire E. Hunter
Shelby S. Woods
HKM Employment Attorneys LLP
730 17th Street, Suite 750
Denver, CO 80202
chunter@hkm.com
swoods@hkm.com

*Attorneys for Plaintiff Samantha Mack*

*s/ Alison L. Shaw*
Alison L. Shaw, Paralegal