**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:22-cv-00039-DDD-KLM

SAMANTHA MACK,

    Plaintiff,

v.

ROADSAFE TRAFFIC SYSTEMS, INC.,

    Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Samantha Mack and Defendant Roadsafe Traffic Systems, Inc., by and through their respective counsel, hereby jointly stipulate to the dismissal of this action with prejudice, each party to bear her or its own fees and costs.

Respectfully submitted this 29th day of July, 2022.

| HKM EMPLOYMENT ATTORNEYS, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *s/ Shelby S. Woods* | *s/ Steven R. Reid* |
| Claire E. Hunter | Michael H. Bell |
| Shelby S. Woods | Steven R. Reid |
| 730 17th Street, Suite 750 | 2000 South Colorado Boulevard |
| Denver, CO 80202 | Tower Three, Suite 900 |
| Telephone: (720) 668-8989 | Denver, CO 80222 |
| chunter@hkm.com | Telephone: (303) 764-6800 |
| swoods@hkm.com | mike.bell@ogletree.com |
|  | steve.reid@ogletree.com |
| *Attorneys for Plaintiff Samantha Mack* | *Attorneys for Defendant Roadsafe Traffic Systems, Inc.* |

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 29th day of July, 2022, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to counsel for Plaintiff, as follows:

  Claire E. Hunter
  Shelby S. Woods
  HKM Employment Attorneys LLP
  730 17th Street, Suite 750
  Denver, CO 80202
  chunter@hkm.com
  swoods@hkm.com

  *Attorneys for Plaintiff Samantha Mack*

               *s/ Alison L. Shaw*
               Alison L. Shaw, Paralegal